IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DIONNE CARSON**  **PLAINTIFF**
*On behalf of M.M.*

**V.**  **CAUSE NO. 3:16-CV-00783-CWR-MTP**

**COMMISSIONER OF SOCIAL SECURITY**  **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the plaintiff's Objection to the Report and Recommendation of United States Magistrate Judge Michael T. Parker entered on February 28, 2017, dismissing the plaintiff's complaint as untimely pursuant to 42 U.S.C. § 405(g). Having considered said Report and Recommendation, the plaintiff's objections thereto, applicable statutory and case law, and being otherwise fully advised in the premises, the Court concludes that the plaintiff's objection is without merit and hereby adopts, as its own opinion, the Report and Recommendation of the Magistrate Judge.

Based on the foregoing, it is ordered that the Report and Recommendation of United States Magistrate Judge Michael T. Parker is hereby adopted as the finding of this Court. The matter shall be dismissed with prejudice. A separate Final Judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED**, this the 17th day of May, 2017.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE